

# NUMBER 13-20-00269-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**PABLO MARTINEZ CANO,**                               **Appellant,**

**v.**

**SILVIA ESTELA MARTINEZ,
SYLVIA ESTELLA GUERRA
MARTINEZ, AND MAURICIO
GUERRA MARTINEZ,**                                 **Appellees.**

---

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Tijerina**

This matter is before the Court on the parties' joint motion for voluntary dismissal of appeal. This matter was abated to allow the parties the opportunity to engage in ongoing settlement negotiations. The parties now desire to dismiss the appeal because

they have settled this case, and nothing remains for this Court to decide. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to their motion, the parties request that we tax the costs against the party incurring same. *See id.* R. 42.1(d).

This Court, having considered the parties' joint motion, is of the opinion that the motion should be granted. *See id.* R. 42.1(a)(1). Therefore, this cause is reinstated, the parties' joint motion to dismiss is granted, and the appeal is hereby dismissed with prejudice in accordance with the parties' agreement. As per the parties' request, the costs will be assessed against the party incurring the same. *See id.* R. 42.1(d). Because the appeal is dismissed with prejudice at the parties' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
21st day of April, 2022.